# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: NATENBERG, GREG | § | Case No. 17-30363 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 10, 2017. The undersigned trustee was appointed on October 10, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      85,274.52

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 26.62 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 85,247.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/13/2018 and the deadline for filing governmental claims was 04/09/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,946.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,946.07, for a total compensation of $4,946.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.60, for total expenses of $9.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/02/2019             By: /s/THOMAS E. SPRINGER
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30363  
**Case Name:** NATENBERG, GREG  

**Period Ending:** 04/02/19

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 10/10/17 (f)  
**§341(a) Meeting Date:** 11/06/17  
**Claims Bar Date:** 02/13/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  2921 Deerpath Ln, Carpentersville, IL 60110-0000 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  Timeshare: 1701 Wisconsin Dells Pkwy,<br>    Wisconsin Dells, WI 53965-0000, Columbia County<br>Timeshare in Blue Green Resort Odyssey Dells is the<br>name of the Timehsare holder. The time was<br>purchased in 2005..<br>Entire property value: $11,000.00 | 11,000.00 | 0.00 | | 0.00 | FA |
| 3  2014 Chevy Traverse, 40000 miles | 18,650.00 | 0.00 | | 0.00 | FA |
| 4  2005 Chrysler PT Cruiser, 90000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Ordinary Household Goods and Furnishings<br>    None Valued in Excess of $500.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6  Ordinary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7  Cash | 10.00 | 0.00 | | 0.00 | FA |
| 8  Checking: TCF Bank | 600.00 | 0.00 | | 0.00 | FA |
| 9  Pension: Pepsico - Defined Benefit Plan | Unknown | 0.00 | | 0.00 | FA |
| 10  Lawsuit Filed as Case No.: 17 L 608<br>    (Circuit Court of Lake County, Illinois). Medical malpractice<br>case arising from wrongful death of Jennifer<br>Natenberg, wife of the debtor, who died in January,<br>2017. The case is titled: Gregory Natenberg, as<br>Administrator of the Estate of Jennifer Natenberg vs.<br>Advocate Health & Hospital Corporation, d/b/a<br>Advocate Good Shepard Hospital. Attorney of Record:<br>Michael Shinsky. Telephone Number: 312/782-1617.<br>Estate has only 1/2 interest and Trustee's value<br>reflects said 1/2 interest | Unknown | 130,294.00 | | 85,274.52 | FA |
| 11  Potential personal injury/property damages (u)<br>    Listed on Amended schedule B<br>arising out of motorcycle accident which occured on<br>11-29-2016. Accident was with Robert Bertolozzi,<br>whose insurance company was Farmer's Insurance -<br>Claim number 0193319948. Debtor is being<br>represented by Joe Bombagetti of the Kelly Law | 7,794.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30363  
**Case Name:** NATENBERG, GREG

**Period Ending:** 04/02/19

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 10/10/17 (f)  
**§341(a) Meeting Date:** 11/06/17  
**Claims Bar Date:** 02/13/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Offices, 5521 West Lincoln Highway, Suite 101, Crown Point, IN 46307, whose phone number is: 219-791-0606. A settlement offer of $ 11,576.00 has been made on this matter. Debtor's share would be $ 11,576.00, less a 33.333% legal fee, resulting in Debtor's interest of $ 7794.00. | | | | | |
| 11   Assets   Totals (Excluding unknown values) | $262,054.00 | $130,294.00 | | $85,274.52 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee just received Debtor's portion of wrongful death lawsuit and will be reviewing claims and then filing the Final Report

**Initial Projected Date Of Final Report (TFR):**   June 15, 2019        **Current Projected Date Of Final Report (TFR):**   June 15, 2019

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-30363 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | NATENBERG, GREG | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7566 - Checking Account |
| Taxpayer ID #: | **-***5062 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/02/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/02/19 | {10} | Allen N. Schwartz, Ltd. | Settlement Payment | 1149-000 | 85,274.52 | | 85,274.52 |
| 02/19/19 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2019 FOR CASE #17-30363, yearly bond premium | 2300-000 | | 26.62 | 85,247.90 |
| | | | ACCOUNT TOTALS | | 85,274.52 | 26.62 | $85,247.90 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 85,274.52 | 26.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $85,274.52 | $26.62 | |

Net Receipts :  85,274.52

Net Estate :  $85,274.52

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7566 | 85,274.52 | 26.62 | 85,247.90 |
| | $85,274.52 | $26.62 | $85,247.90 |

{} Asset reference(s)

Printed: 04/02/2019 11:23 AM     V.14.50

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 13, 2018

**Case Number:** 17-30363  
**Debtor Name:** NATENBERG, GREG

Page: 1

**Date:** April 2, 2019  
**Time:** 11:23:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| BOND 200 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET New Orleans, LA 70139 | Admin Ch. 7 | | $26.62 | $26.62 | 0.00 |
| TREXP 200 | THOMAS E. SPRINGER 300 S. County Farm Rd., Ste.I Wheaton, IL 60187 | Admin Ch. 7 | | $9.60 | $0.00 | 9.60 |
| TRCOMP 200 | THOMAS E. SPRINGER 300 S. County Farm Rd., Ste.I Wheaton, IL 60187 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 41960.68] | $4,946.07 | $0.00 | 4,946.07 |
| ATTYEXP 200 | THOMAS E. SPRINGER SPRINGER BROWN, LLC 300 S. County Farm Road ,Suite I Wheaton, IL 60187 | Admin Ch. 7 | | $5.29 | $0.00 | 5.29 |
| ATTYFEES 200 | THOMAS E. SPRINGER SPRINGER BROWN, LLC 300 S. County Farm Road ,Suite I Wheaton, IL 60187 | Admin Ch. 7 | | $4,227.50 | $0.00 | 4,227.50 |
| 1 610 | Commerce Bank P O BOX 419248 KCREC-10 Kansas City, MO 64141-6248 | Unsecured | | $13,786.62 | $0.00 | 13,786.62 |
| 2 610 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $971.60 | $0.00 | 971.60 |
| 3 610 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $10,646.11 | $0.00 | 10,646.11 |
| 4 610 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | | $1,349.06 | $0.00 | 1,349.06 |
| 5 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | Acct# 8556 Citibank Cards | $4,579.57 | $0.00 | 4,579.57 |
| 6 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | Acct# 0578 Citibank | $566.69 | $0.00 | 566.69 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 13, 2018

**Case Number:** 17-30363  
**Debtor Name:** NATENBERG, GREG

Page: 2

**Date:** April 2, 2019  
**Time:** 11:23:10 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | | $205.91 | $0.00 | 205.91 |
| 1I<br>640 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 2I<br>640 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 3I<br>640 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 4I<br>640 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 5I<br>640 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 6I<br>640 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 7I<br>640 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | | $0.00 | $0.00 | 0.00 |
| SURPLUS<br>650 | NATENBERG, GREG<br>2921 DEERPATH LANE<br>CARPENTERSVILLE, IL 60110 | Unsecured | | $43,313.84 | $0.00 | 43,313.84 |
| **<< Totals >>** | | | | 84,634.48 | 26.62 | 84,607.86 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-30363
Case Name: NATENBERG, GREG
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:** $ 85,247.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 85,247.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 4,946.07 | 0.00 | 4,946.07 |
| Trustee, Expenses - THOMAS E. SPRINGER | 9.60 | 0.00 | 9.60 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 4,227.50 | 0.00 | 4,227.50 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 5.29 | 0.00 | 5.29 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 26.62 | 26.62 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 9,188.46
Remaining balance: $ 76,059.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 76,059.44

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 76,059.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,105.56 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 13,786.62 | 0.00 | 13,786.62 |
| 2 | Discover Bank | 971.60 | 0.00 | 971.60 |
| 3 | Discover Bank | 10,646.11 | 0.00 | 10,646.11 |
| 4 | American Express Centurion Bank | 1,349.06 | 0.00 | 1,349.06 |
| 5 | PYOD, LLC its successors and assigns as assignee | 4,579.57 | 0.00 | 4,579.57 |
| 6 | PYOD, LLC its successors and assigns as assignee | 566.69 | 0.00 | 566.69 |
| 7 | SYNCHRONY BANK | 205.91 | 0.00 | 205.91 |

| | Total to be paid for timely general unsecured claims: | $ | 32,105.56 |
|---|---|---|---|
| | Remaining balance: | $ | 43,953.88 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 43,953.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 43,953.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.4% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $640.04.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 43,313.84.

**UST Form 101-7-TFR (05/1/2011)**