UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GREG NATENBERG,** | ) | Bankruptcy No. 17-30363 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

ROBIN C REIZNER
2720 S. River Road
Des Plaines, IL  60018

**VIA REGULAR MAIL**

NATENBERG, GREG
2921 DEERPATH LANE
CARPENTERSVILLE, IL 60110

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-6248

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

Synchrony Bank
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000